July 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GREEN DIESEL, LLC AND FUEL STREAMERS, INC, Appellants

NO. 14-13-00017-CV                                    V.

VICNRG, LLC, Appellee

_____

This cause, an appeal from the orders in favor of appellee, VicNRG, LLC, signed September 4, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the orders. We order the orders of the court below **AFFIRMED**.

We order appellants, Green Diesel, LLC and Fuel Streamers, Inc, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.